UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMBER HUBBARD and<br>SIEADAH FARMER, individually and on<br>behalf of others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SCHAEFFER AUTOBODY CENTERS, INC.,<br><br>　　　　Defendant. | Case No. 4:18-CV-00232 JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on the parties' Joint Motion to Conditionally Certify Class, Order Disclosure of Putative Class Members' Names and Contact Information, and Facilitate Class Notice. (Doc. No. 12) Having reviewed the parties' submissions and stipulations, the Court conditionally certifies the class and approves the proposed notice as set forth below.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion to Conditionally Certify Class, Order Disclosure of Putative Class Members' Names and Contact Information, and Facilitate Class Notice [12] is **GRANTED**. The Court conditionally certifies a class consisting of all persons who were employed by Defendant as a Customer Service Representative at any time between February 9, 2015 and the present. This includes both Customer Service Representatives at Defendant's individual store locations and Customer Service Representatives at Defendant's call center in Fenton, Missouri.

1

**IT IS FURTHER ORDERED** that Plaintiffs Amber Hubbard and Sieadah Farmer are authorized to act as the conditional class representatives.

**IT IS FURTHER ORDERED** that the Riggan Law Firm, LLC is authorized to act as class counsel.

**IT IS FURTHER ORDERED** that within fourteen (14) days of this Order, and **no later than Friday, July 20, 2018**, Defendant shall provide to Plaintiffs a computer-readable list (in Excel format) of all putative class members and their dated of birth, current or last known addresses, current or last known phone numbers, current or last known email addresses, the inclusive dates of their employment, job title(s) held, and the location(s) worked while employed by Defendant.

**IT IS FINALLY ORDERED** that the Notice and Consent Form filed as ECF No. 12-1, the exhibit to the Joint Motion to Conditionally Certify Class, Order Disclosure of Putative Class Members' Names and Contact Information, and Facilitate Class Notice, shall serve as notice in this case. Notice shall be disseminated to putative class members via U.S. Mail and email **no later than Friday, July 27, 2018**. To participate in the lawsuit and be a member of the conditionally certified class, the Consent Form must be returned to Plaintiff's counsel or postmarked on or before the expiration of forty-five (45) days following the date the notice is first disseminated by Plaintiffs' counsel.

Dated this 6th day of July, 2018.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

2