# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| AMBER HUBBARD and )<br>SIEADAH FARMER, individually and on )<br>behalf of others similarly situated, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　)<br>SCHAEFFER AUTOBODY CENTERS, INC., )<br>　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　　　　　) | Case No. 4:18-CV-00232 JAR |

## ORDER

**IT IS HEREBY ORDERED** that the parties' Joint Motion for Final Approval of Settlement (Doc. No. 36) is set for hearing on **Wednesday, December 12, 2018 at 11:00 a.m. in Courtroom 12N.**

Dated this 13th day of November, 2018.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**

1